172 So. 124

## CITY OF BIRMINGHAM et al. v. ODUM, BOWERS & WHITE.

### 6 Div. 42.

Supreme Court of Alabama.

Jan. 14, 1937.

W. J. Wynn, Clarence Mullins, Mullins, Deramus & Stuart, Thos. E. Skinner, and W. B. Harrison, all of Birmingham, for appellant.

Wm. S. Pritchard and David R. Solomon, both of Birmingham, for appellee.

BROWN, Justice.

The principles of law applicable to this appeal are stated in City of Birmingham et al. v. Hood-McPherson Realty Company (Hood-McPherson Furniture Company, Intervener) (Ala.Sup.) 172 So. 114,[1] this day decided, and necessitate an affirmance of the decree from which this appeal is prosecuted.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

---

[1] Ante, p. 352.